IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| EXELA PHARMA SCIENCES, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:12-cv-00469 |
| DAVID J. KAPPOS, Under Secretary of | ) | (LO/JFA) |
| Commerce for Intellectual Property and | ) | |
| Director of the United States Patent and | ) | |
| Trademark Office, | ) | |
| | ) | |
| UNITED STATES PATENT AND | ) | |
| TRADEMARK OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE that on September 25, 2012, pursuant to this Court's Order

dated September 11, 2012, defendants the United States Patent and Trademark Office and its

Director, David J. Kappos, electronically filed the certified administrative record with the Clerk

of Court, attached to this notice.

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____/s/_____
Stephen J. Obermeier
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3785 (direct)
(703) 299-3983 (fax)
stephen.obermeier@usdoj.gov

DATED: September 25, 2012          ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 25, 2012, I will file the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notification of such filing to the

following:

Clarence Edward Polk , Jr.
Exela Pharma Sciences, LLC
42450 Longacre Drive
Chantilly, VA 20152
703-989-5397
Fax: 703-957-4166
Email: epolk@exela.us


By:    _____/s/_____
Stephen J. Obermeier
Assistant United States Attorney
Justin W. Williams U. S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3785 (direct)
(703) 299-3983 (fax)
stephen.obermeier@usdoj.gov


ATTORNEY FOR DEFENDANTS

2