IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EXELA PHARMA SCIENCES, LLC; <br> EXELA PHARMSCI, INC.; and <br> EXELA HOLDINGS, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> HON. DAVID J. KAPPOS, <br> Under Secretary of Commerce for Intellectual <br> Property and Director for the United States <br> Patent and Trademark Office; and <br><br> UNITED STATES PATENT AND <br> TRADEMARK OFFICE <br><br> Defendants. | Civil Action No.: 1:12cv469-LO/JFA |

ADMINISTRATIVE RECORD

Form PTO 55 (12-80)

## U.S. DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

September 25, 2012
(Date)

**THIS IS TO CERTIFY** THAT THE ANNEXED IS A TRUE COPY OF DOCUMENTS FROM THE ELECTRONIC RECORDS (IFW) OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICANT(S):   Francois Dietlin and Daniele Fredj

APPLICATION SERIAL NUMBER: 10/332,060

FILING DATE: August 4, 2003

TITLE: METHOD FOR OBTAINING AQUEOUS FORMULATIONS OF OXIDATION-SENSITIVE ACTIVE PRINCIPLES

By authority of the
DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE

*Lawana A. Hawkins*
*Certifying Officer*



TABLE OF CONTENTS

| LETTER | A1 – A2 |
|---|---|
| URGENT PETITION TO DIRECTOR | A3 – A14 |
| DECISION ON PETITION | A15 |
| NON-PATENT LITERATURE | A16 – A178 |
| INTERNATIONAL APPLICATION | A179 – A218 |
| PETITION FOR REVIVAL | A219 – A223 |
| NON-PATENT LITERATURE | A224 – A295 |