IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 1:12-cv-00469_____, Case Name Exela Pharma Sciences, LLC v. Kappos
Party Represented by Applicant: Cadence Pharmaceuticals, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Marc Zubick
Bar Identification Number See attached_____ State See attached_____
Firm Name Latham & Watkins LLP
Firm Phone # 312-876-7700_____ Direct Dial # (312)876-7606_____ FAX # (312)993-9767____
E-Mail Address marc.zubick@lw.com
Office Mailing Address 233 South Wacker Dr., Suite 5800, Chicago, IL 60606

Name(s) of federal court(s) in which I have been admitted S.D.N.Y., N.D. Ill.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____                    9/20/12
(Signature)                                         (Date)
Aaron L. Webb                                        73621
(Typed or Printed Name)                             (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED ___✓___ or DENIED _____

_____                    9/25/12
(Judge's Signature)                                 (Date)
Liam O'Grady
United States District Judge