**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC; and EXELA HOLDINGS, INC. | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| HON. DAVID J. KAPPOS, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office and UNITED STATES PATENT AND TRADEMARK OFFICE; | ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| SCR PHARMATOP and CADENCE PHARMACEUTICALS, INC. | ) ) ) |
| Intervenors-Defendants. | ) |

Civil Action No. 1:12-cv-00469

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs Exela Pharma Sciences, LLC, Exela PharmSci, Inc. and Exela Holdings, Inc., (collectively "Plaintiffs") through their undersigned counsel, respectfully move this Court for summary judgment of Defendants' violation of the Administrative Procedure Act and of the U.S. Constitution by processing and reviving international patent application number PCT/FR01/01749 and issuing U.S. Patent No. 6,992,218 in contravention of 35 U.S.C. § 371(d). The reasons for granting summary judgment are set forth in the accompanying Memorandum in Support of Plaintiffs' Motion for Summary Judgment filed herewith.

Dated: October 16, 2012

| | |
|---|---|
| *Of counsel* | Respectfully submitted, |
| Satish Chintapalli | /s/ |
| EXELA PHARMA SCIENCES, LLC | ———————————————— |
| 1325 William White Pl, NE | C. Edward Polk, Jr. |
| Lenoir, NC 28645 | Virginia Bar No. 43612 |
| 828-758-5474 (telephone) | EXELA PHARMA SCIENCES, LLC |
| 828-757-7888 (fax) | 11710 Plaza America Drive, Suite 2000 |
| *satish@exela.us* | Reston, Virginia 20190 |
| | 703-989-5397 (telephone) |
| | 703-729-3279 (fax) |
| | *epolk@exela.us* |
| | |
| | *Attorney for Plaintiffs Exela Pharma Sciences, LLC, Exela PharmSci, Inc. and Exela Holdings, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October , 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Dennis Carl Barghaan, Jr<br>Assistant United States Attorney<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>(703) 299-3891(direct)<br>(703) 299-3983 (fax)<br>dennis.barghaan@usdoj.gov | Peter Thomas Ewald<br>Oliff & Berridge, PLC<br>277 South Washington Street<br>Suite 500<br>Alexandria, Virginia 22314<br>Telephone: (703) 836-6400<br>Facsimile: (703) 836-2787<br>Email: pewald@oliff.com |
| Stephen Obermeier<br>Assistant United States Attorney<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>(703) 299-3785 (direct)<br>(703) 299-3983 (fax)<br>stephen.obermeier@usdoj.gov | Aaron Levi Webb<br>Oliff & Berridge, PLC<br>277 South Washington Street<br>Suite 500<br>Alexandria, Virginia 22314<br>Telephone: (703) 836-6400<br>Facsimile: (703) 836-2787<br>Email: awebb@oliff.com |

/s/
_____

C. Edward Polk, Jr.
Virginia Bar No. 43612
EXELA PHARMA SCIENCES, LLC
11710 Plaza America Drive, Suite 2000
Reston, Virginia 20190
703-989-5397 (telephone)
703-729-3279 (fax)
*epolk@exela.us*

*Attorney for Plaintiffs Exela Pharma Sciences, LLC, Exela PharmSci, Inc. and Exela Holdings, Inc.*