**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| EXELA PHARMA SCIENCES, LLC; <br> EXELA PHARMSCI, INC; and <br> EXELA HOLDINGS, INC. <br> <br> Plaintiffs, <br> <br> vs. <br> <br> HON. DAVID J. KAPPOS, <br> Under Secretary of Commerce for Intellectual <br> Property and Director of the United States <br> Patent and Trademark Office and UNITED <br> STATES PATENT AND TRADEMARK <br> OFFICE; <br> <br> Defendants, <br> <br> and <br> <br> SCR PHARMATOP and CADENCE <br> PHARMACEUTICALS, INC. <br> <br> Intervenors-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:12-cv-00469 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, pursuant to this Court's order dated September 14, 2012, the Court will hear oral argument on the parties' cross-motions for summary judgment on December 14, 2012, or as soon thereafter as counsel may be heard.

Dated:  October 16, 2012

| | |
|---|---|
| *Of counsel* | Respectfully submitted, |
| Satish Chintapalli | /s/ |
| EXELA PHARMA SCIENCES, LLC | ———————————————— |
| 1325 William White Pl, NE | C. Edward Polk, Jr. |
| Lenoir, NC 28645 | Virginia Bar No. 43612 |
| 828-758-5474 (telephone) | EXELA PHARMA SCIENCES, LLC |
| 828-757-7888 (fax) | 11710 Plaza America Drive, Suite 2000 |
| *satish@exela.us* | Reston, Virginia 20190 |
| | 703-989-5397 (telephone) |
| | 703-729-3279 (fax) |
| | *epolk@exela.us* |
| | *Attorney for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Dennis Carl Barghaan, Jr<br>Assistant United States Attorney<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>(703) 299-3891(direct)<br>(703) 299-3983 (fax)<br>dennis.barghaan@usdoj.gov | Peter Thomas Ewald<br>Oliff & Berridge, PLC<br>277 South Washington Street<br>Suite 500<br>Alexandria, Virginia 22314<br>Telephone: (703) 836-6400<br>Facsimile: (703) 836-2787<br>Email: pewald@oliff.com |
| Stephen Obermeier<br>Assistant United States Attorney<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>(703) 299-3785 (direct)<br>(703) 299-3983 (fax)<br>stephen.obermeier@usdoj.gov | Aaron Levi Webb<br>Oliff & Berridge, PLC<br>277 South Washington Street<br>Suite 500<br>Alexandria, Virginia 22314<br>Telephone: (703) 836-6400<br>Facsimile: (703) 836-2787<br>Email: awebb@oliff.com |

/s/
_____

C. Edward Polk, Jr.
Virginia Bar No. 43612
EXELA PHARMA SCIENCES, LLC
11710 Plaza America Drive, Suite 2000
Reston, Virginia 20190
703-989-5397 (telephone)
703-729-3279 (fax)
*epolk@exela.us*

*Attorney for Plaintiffs Exela Pharma Sciences, LLC, Exela PharmSci, Inc. and Exela Holdings, Inc.*