**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC; and EXELA HOLDINGS, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> HON. DAVID J. KAPPOS, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office and UNITED STATES PATENT AND TRADEMARK OFFICE; <br><br> Defendants, <br><br> and <br><br> SCR PHARMATOP and CADENCE PHARMACEUTICALS, INC. <br><br> Intervenors-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:12-cv-00469 ) ) ) ) ) ) ) ) ) ) ) |

## **ORDER**

Plaintiffs, having moved for summary judgment, and for good cause shown, it is hereby

ORDERED that Plaintiffs' motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

Alexandria, Virginia