IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| EXELA PHARMA SCIENCES, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:12-cv-00469 |
| DAVID J. KAPPOS, Under Secretary of | ) | (LO/JFA) |
| Commerce for Intellectual Property and | ) | |
| Director of the United States Patent and | ) | |
| Trademark Office, | ) | |
| | ) | |
| UNITED STATES PATENT AND | ) | |
| TRADEMARK OFFICE, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SCR PHARMATOP and CADENCE | ) | |
| PHARMACEUTICALS, INC. | ) | |
| | ) | |
| Intervenors-Defendants | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, November 2, 2012, at 10:00 am, or as soon

thereafter as counsel may be heard, Defendants will bring forward a hearing on their Motion for

a Continuance of the Merits Briefing Schedule.

Respectfully submitted,

NEIL H. MacBRIDE
United States Attorney

By: _____/s/_____
STEPHEN J. OBERMEIER
Assistant United States Attorney
Justin W. Williams U. S. Attorney's Building
2100 Jamieson Avenue

Alexandria, Virginia 22314
(703) 299-3785 (direct)
(703) 299-3983 (fax)
stephen.obermeier@usdoj.gov

DATED: October 26, 2012          ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 26, 2012, I will file the foregoing with the Clerk of

Court using the CM/ECF system, which will send a notification of such filing to the following:

| | |
|---|---|
| Clarence Edward Polk , Jr.<br>Exela Pharma Sciences, LLC<br>42450 Longacre Drive<br>Chantilly, VA 20152<br>703-989-5397<br>Fax: 703-957-4166<br>Email: epolk@exela.us<br><br>*Counsel for Plaintiffs* | Aaron Levi Webb<br>Oliff & Berridge PLC<br>277 S Washington St<br>Suite 500<br>Alexandria, VA 22314<br>703-836-6400<br>Fax: 703-836-2787<br>Email: awebb@oliff.com<br><br>*Counsel for Intervenors* |
| Peter Thomas Ewald<br>Oliff & Berridge PLC<br>277 S Washington St<br>Suite 500<br>Alexandria, VA 22314<br>703-836-6400<br>Fax: 703-836-2787<br>Email: pewald@oliff.com<br><br>*Counsel for Intervenors* | |

By:    _____/s/_____

Stephen J. Obermeier
Assistant United States Attorney
Justin W. Williams U. S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3785 (direct)
(703) 299-3983 (fax)
stephen.obermeier@usdoj.gov

ATTORNEY FOR DEFENDANTS