IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EXELA PHARMA SCIENCES, LLC; <br> EXELA PHARMSCI, INC.; and <br> EXELA HOLDINGS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> HON. DAVID J. KAPPOS, <br> Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office and <br> UNITED STATES PATENT AND TRADEMARK OFFICE, <br><br> Defendants, <br><br> and <br><br> SCR PHARMATOP and CADENCE PHARMACEUTICALS, INC. <br><br> Intervenors-Defendants. | Civil Action No. 1:12-cv-00469 <br> (LO/JFA) |

**INTERVENORS-DEFENDANTS SCR PHARMATOP AND
CADENCE PHARMACEUTICALS, INC.'S STATEMENT IN SUPPORT OF
<u>DEFENDANTS MOTION FOR A CONTINUANCE</u>**

Consistent with the Court's Order granting intervention (D.I. 40), Intervenors-Defendants SCR Pharmatop ("Pharmatop") and Cadence Pharmaceuticals, Inc. ("Cadence") confirm that they will abide by whatever briefing schedule the Court applies. However, Pharmatop and Cadence concur that the *Hire Order* decision warrants reconsideration of this Court's ruling on Defendants' Motion to Dismiss and that the Defendants' proposal to adjust the briefing schedule provides an appropriate suggestion to promote logical and efficient briefing of the issues.

                                                            Respectfully submitted,

Dated: October 26, 2012                 /s/   Aaron L. Webb

                                                Aaron L. Webb (VSB # 73621)
Peter T. Ewald (VSB #71601)
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, Virginia 22314
Telephone: 703-836-6400
Facsimile: 703-836-2787
awebb@oliff.com
pewald@oliff.com

Kenneth Schuler (Admitted Pro Hac Vice)
Marc Zubick (Admitted Pro Hac Vice)
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
Telephone: 312-876-7700
Facsimile: 312-993-9767
kenneth.schuler@lw.com
marc.zubick@lw.com


Stephen Swinton (Admitted Pro Hac Vice)
LATHAM & WATKINS LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
Telephone: 858-523-5400
Facsimile: 858-523-5450
steve.swinton@lw.com

Thomas Christopher Grimm (Admitted Pro Hac Vice)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, PO Box 1347
Wilmington, DE 19899
Telephone: 302-658-9200
Facsimile: 302-425-4661
tgrimm@mnat.com

Charles Alan Weiss (Admitted Pro Hac Vice)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: 212-513-3200
Facsimile: 212-385-9010
charles.weiss@hklaw.com

*Attorneys for Intervenors-Defendants,
SCR Pharmatop and
Cadence Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Clarence Edward Polk, Jr.
Exela Pharma Sciences, LLC
42450 Longacre Drive
Chantilly, VA 20152
703-989-5397
703-957-4166
epolk@exela.us

Stephen Obermeier
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3785
stephen.obermeier@usdoj.gov

Dennis Carl Barghaan, Jr.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
dennis.barghaan@usdoj.gov

/s/ Aaron L. Webb
Aaron L. Webb (VSB # 73621)
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, Virginia 22314
Telephone: 703-836-6400
Facsimile: 703-836-2787
awebb@oliff.com

*Attorney for Intervenors-Defendants,*
*SCR Pharmatop and*
*Cadence Pharmaceuticals, Inc.*