IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EXELA PHARMA SCIENCES, LLC, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAVID J. KAPPOS, Under Secretary of ) <br> Commerce for Intellectual Property and ) <br> Director of the United States Patent and ) <br> Trademark Office, ) <br> ) <br> UNITED STATES PATENT AND ) <br> TRADEMARK OFFICE, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> SCR PHARMATOP and CADENCE ) <br> PHARMACEUTICALS, INC. ) <br> ) <br> Intervenors-Defendants ) <br> _____) | Civil Action No. 1:12-cv-00469 <br> (LO/JFA) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, November 30, 2012, at 10:00 am, or as soon thereafter as counsel may be heard, Defendants and Intervenors will bring forward a hearing on their Joint Motion for Reconsideration.

///

///

Respectfully submitted,

| | |
|---|---|
| NEIL H. MACBRIDE<br><br>UNITED STATES ATTORNEY<br><br>    /s/<br>Stephen J. Obermeier<br>Assistant United States Attorney<br>Justin W. Williams U. S. Attorney's Building<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>(703) 299-3785 (direct)<br>(703) 299-3983 (fax)<br>stephen.obermeier@usdoj.gov<br><br><br>Attorneys for Defendants |     /s/<br>Aaron L. Webb (VSB # 73621)<br>Peter T. Ewald (VSB #71601)<br>OLIFF & BERRIDGE, PLC<br>277 South Washington Street, Suite 500<br>Alexandria, Virginia 22314<br>Telephone: 703-836-6400<br>Facsimile: 703-836-2787<br>awebb@oliff.com<br>pewald@oliff.com<br><br>Local Counsel for Intervenors-Defendants Cadence Pharmaceuticals, Inc. and SCR Pharmatop |
|     /s/<br>Kenneth Schuler (Admitted Pro Hac Vice)<br>Marc Zubick (Admitted Pro Hac Vice)<br>LATHAM & WATKINS LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>Telephone: 312-876-7700<br>Facsimile: 312-993-9767<br>kenneth.schuler@lw.com<br>marc.zubick@lw.com<br><br>Stephen Swinton (Admitted Pro Hac Vice)<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive, Suite 400<br>San Diego, CA 92130<br>Telephone: 858-523-5400<br>Facsimile: 858-523-5450<br>steve.swinton@lw.com<br><br>Attorneys for Cadence Pharmaceuticals, Inc. |     /s/<br>Thomas Christopher Grimm (Admitted Pro Hac Vice)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street, PO Box 1347<br>Wilmington, DE 19899<br>Telephone: 302-658-9200<br>Facsimile: 302-425-4661<br>tgrimm@mnat.com<br><br>Charles A. Weiss (Admitted Pro Hac Vice)<br>HOLLAND & KNIGHT LLP<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: 212-513-3200<br>Facsimile: 212-385-9010<br>charles.weiss@hklaw.com<br><br>Attorneys for SCR Pharmatop |

DATED: November 6, 2012

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2012, I will file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Clarence Edward Polk , Jr.
Exela Pharma Sciences, LLC
42450 Longacre Drive
Chantilly, VA 20152
703-989-5397
Fax: 703-957-4166
Email: epolk@exela.us


By:     /s/
Stephen J. Obermeier
Assistant United States Attorney
Justin W. Williams U. S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3785 (direct)
(703) 299-3983 (fax)
stephen.obermeier@usdoj.gov


ATTORNEY FOR DEFENDANTS