**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| EXELA PHARMA SCIENCES, LLC;<br>EXELA PHARMSCI, INC; and<br>EXELA HOLDINGS, INC. | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | Civil Action No. 1:12-cv-00469 |
| HON. DAVID J. KAPPOS,<br>Under Secretary of Commerce for Intellectual<br>Property and Director of the United States<br>Patent and Trademark Office and UNITED<br>STATES PATENT AND TRADEMARK<br>OFFICE; | )<br>)<br>)<br>)<br>)<br>)<br>) | (LO/JFA) |
| Defendants, | )<br>) | |
| and | )<br>) | |
| SCR PHARMATOP and CADENCE<br>PHARMACEUTICALS, INC. | )<br>)<br>) | |
| Intervenors-Defendants. | ) | |

## <u>ORDER ON DEFENDANTS' MOTION FOR RECONSIDERATION</u>

Defendants, having moved for reconsideration, and having failed to demonstrate good

cause for such action, it is hereby ORDERED that Defendants' motion for reconsideration is

DENIED.

_____

UNITED STATES DISTRICT JUDGE

DATED: _____

Alexandria, Virginia