IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

EXELA PHARMA SCIENCES, LLC, et al., )
                                                    )
        Plaintiffs,        )
                                                    )
v.                                                 )    Civil Action No.: 1:12-cv-469
                                                    )
DAVID J. KAPPOS, et al.,          )
                                                  )
        Defendants.     )

## ORDER

This matter comes before the Court on Defendants' Motion for Reconsideration (Dkt. No. 48) and Defendants' Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6) (Dkt. No. 7). For the reasons stated in in the accompanying Memorandum Opinion, and for good cause shown, it is hereby

ORDERED that Defendants' Motion for Reconsideration (Dkt. No. 48) is GRANTED and that Defendants' Motion to Dismiss (Dkt. No. 7) is GRANTED. This matter is hereby DISMISSED WITH PREJUDICE.

/s/
Liam O'Grady
United States District Judge

December 19, 2012
Alexandria, Virginia