**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| EXELA PHARMA SCIENCES, LLC; ) <br> EXELA PHARMSCI, INC; and ) <br> EXELA HOLDINGS, INC. ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> vs. ) <br>  ) <br> HON. DAVID J. KAPPOS, ) <br> Under Secretary of Commerce for Intellectual ) <br> Property and Director of the United States ) <br> Patent and Trademark Office and UNITED ) <br> STATES PATENT AND TRADEMARK ) <br> OFFICE; ) <br>  ) <br> Defendants, ) <br>  ) <br> and ) <br>  ) <br> SCR PHARMATOP and CADENCE ) <br> PHARMACEUTICALS, INC. ) <br>  ) <br> Intervenors-Defendants. ) | Civil Action No. 1:12-cv-00469 |

**NOTICE OF APPEAL**

Notice is hereby given that Exela Pharma Sciences, LLC, Exela Pharmsci, Inc. and Exela Holdings, Inc., Plaintiffs in the above-named case, appeals to the United States Court of Appeals for the Federal Circuit from the Final Order dismissing Defendants Hon. David J. Kappos and United States Patent and Trademark Office entered in this action on the 19th day of December, 2012.

13551770.1

|  |  |
|---|---|
| *Of counsel* | Respectfully submitted, |
| Satish Chintapalli |  |
| EXELA PHARMA SCIENCES, LLC |  |
| 1325 William White Pl, NE |              /s/ |
| Lenoir, NC 28645 | _____ |
| 828-758-5474 (telephone) | C. Edward Polk, Jr. |
| 828-757-7888 (fax) | Virginia Bar No. 43612 |
| *satish@exela.us* | EXELA PHARMA SCIENCES, LLC |
|  | 11710 Plaza America Drive, Suite 2000 |
|  | Reston, Virginia 20190 |
|  | 703-989-5397 (telephone) |
|  | 703-729-3279 (fax) |
|  | *epolk@exela.us* |

*Attorney for Plaintiffs Exela Pharma Sciences, LLC, Exela PharmSci, Inc. and Exela Holdings, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of February, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Dennis Carl Barghaan, Jr<br>Assistant United States Attorney<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>(703) 299-3891(direct)<br>(703) 299-3983 (fax)<br>dennis.barghaan@usdoj.gov | Peter Thomas Ewald<br>Oliff & Berridge, PLC<br>277 South Washington Street<br>Suite 500<br>Alexandria, Virginia 22314<br>Telephone: (703) 836-6400<br>Facsimile: (703) 836-2787<br>Email: pewald@oliff.com |
| Stephen Obermeier<br>Assistant United States Attorney<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>(703) 299-3785 (direct)<br>(703) 299-3983 (fax)<br>stephen.obermeier@usdoj.gov | Aaron Levi Webb<br>Oliff & Berridge, PLC<br>277 South Washington Street<br>Suite 500<br>Alexandria, Virginia 22314<br>Telephone: (703) 836-6400<br>Facsimile: (703) 836-2787<br>Email: awebb@oliff.com |

/s/
_____

C. Edward Polk, Jr.
Virginia Bar No. 43612
EXELA PHARMA SCIENCES, LLC
11710 Plaza America Drive, Suite 2000
Reston, Virginia 20190
703-989-5397 (telephone)
703-729-3279 (fax)
*epolk@exela.us*

*Attorney for Plaintiffs Exela Pharma Sciences, LLC, Exela PharmSci, Inc. and Exela Holdings, Inc.*

13551770.1