FORM 7. Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

☑ United States District Court for the  Eastern District of Virginia -Alexandria Division
☐ United States Court of International Trade
☐ United States Court of Federal Claims
☐ United States Court of Appeals for Veterans Claims

Type of case: Appeal of Decision of the Board of Patent Appeals and Interferences

Exela Pharma Sciences, LLC, et al.  v.  David J. Kappos

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. 1:12cv469     Date of Judgment or Order 12/19/2012
Cross or related appeal? no     Date of Notice of Appeal 2/8/13
Appellant is: ☑ Plaintiff  ☐ Defendant  ☐ Other (explain)
FEES:  Court of Appeals docket fee paid?  ☑ Yes  ☐ No
       U.S. Appeal?                        ☐ Yes  ☐ No
       In forma pauperis?                  ☐ Yes  ☐ No
Is this matter under seal?  ☐ Yes  ☑ No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

Clarence Edward Polk, Jr.
Exela Pharma Sciences, LLC
11710 Plaza America Drive,
Suite 2000
Reston, VA  20190

Stephen Obermeier
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314

COURT REPORTER: (Name and telephone): Norman Linnell  (703) 549-4626, Julie Goodwin (571)970-3191

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439